| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 20-12350-AMC

| | |
|---|---|
| Steven B. Young | Petition Filed Date: 05/20/2020 |
| 4724 Merion Avenue | 341 Hearing Date: 07/10/2020 |
| Philadelphia  PA    19131-4607 | Confirmation Date: 11/18/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/23/2020 | $100.00 | 26350661564 | 07/21/2020 | $100.00 | 958002423 | 08/28/2020 | $100.00 | 26711317146 |
| 09/16/2020 | $100.00 | 26888703930 | 10/14/2020 | $100.00 | 26924349082 | 11/12/2020 | $100.00 | 27045189090 |
| 12/09/2020 | $100.00 | 27045187582 | 01/22/2021 | $100.00 | 27154907223 | 03/02/2021 | $100.00 | 27154915110 |
| 03/17/2021 | $100.00 | 27154923480 | 04/14/2021 | $100.00 | 27252930137 | 05/11/2021 | $100.00 | 27252939453 |

**Total Receipts for the Period: $1,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $1,101.00 | $2,419.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $1,178.74 | $0.00 | $1,178.74 |
| 2 | AMERICAN EXPRESS NATIONAL BANK<br>»» 002 | Unsecured Creditors | $1,206.45 | $0.00 | $1,206.45 |
| 3 | AMERIFIRST HOME IMPROVEMENT FINANCE LLC<br>»» 003 | Unsecured Creditors | $7,448.98 | $0.00 | $7,448.98 |
| 4 | TD BANK NA<br>»» 004 | Unsecured Creditors | $2,358.36 | $0.00 | $2,358.36 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | GREENSKY, LLC<br>»» 006 | Unsecured Creditors | $20,287.14 | $0.00 | $20,287.14 |
| 7 | GREENSKY, LLC<br>»» 007 | Unsecured Creditors | $22,125.81 | $0.00 | $22,125.81 |
| 8 | FREEDOM MORTGAGE CORPORATION<br>»» 008 | Mortgage Arrears | $202.76 | $0.00 | $202.76 |
| 9 | QUANTUM3 GROUP LLC as agent for<br>»» 009 | Unsecured Creditors | $3,123.64 | $0.00 | $3,123.64 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $11,985.88 | $0.00 | $11,985.88 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $10,629.09 | $0.00 | $10,629.09 |

**Chapter 13 Case No. 20-12350-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,200.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $1,101.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $99.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.