| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-12350-AMC**

Steven B. Young
4724 Merion Avenue
Philadelphia  PA    19131-4607

Petition Filed Date: 05/20/2020
341 Hearing Date: 07/10/2020
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $100.00 | 27252930137 | 05/11/2021 | $100.00 | 27252939453 | 06/10/2021 | $100.00 | 27252942445 |
| 07/21/2021 | $100.00 | 27541545377 | 08/19/2021 | $100.00 | 27123475680 | 09/15/2021 | $100.00 | 27554245007 |
| 10/18/2021 | $100.00 | 967132326 | 11/10/2021 | $100.00 | 27446003482 | 12/09/2021 | $100.00 | 27577335003 |
| 01/25/2022 | $100.00 | 27577347142 | 02/23/2022 | $100.00 | 27809202374 | 03/17/2022 | $100.00 | 27809216752 |
| 04/13/2022 | $100.00 | 27809226393 | 05/11/2022 | $100.00 | 27809236067 | 06/08/2022 | $100.00 | 28206654366 |
| 07/21/2022 | $100.00 | 968859393 | | | | | | |

**Total Receipts for the Period:  $1,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $2,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $2,381.00 | $1,139.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $1,178.74 | $0.00 | $1,178.74 |
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $1,206.45 | $0.00 | $1,206.45 |
| 3 | AMERIFIRST HOME IMPROVEMENT FINANCE LLC »» 003 | Unsecured Creditors | $7,448.98 | $0.00 | $7,448.98 |
| 4 | TD BANK NA »» 004 | Unsecured Creditors | $2,358.36 | $0.00 | $2,358.36 |
| 5 | QUANTUM3 GROUP LLC as agent for »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | GREENSKY, LLC »» 006 | Unsecured Creditors | $20,287.14 | $0.00 | $20,287.14 |
| 7 | GREENSKY, LLC »» 007 | Unsecured Creditors | $22,125.81 | $0.00 | $22,125.81 |
| 8 | FREEDOM MORTGAGE CORPORATION »» 008 | Mortgage Arrears | $202.76 | $0.00 | $202.76 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $3,123.64 | $0.00 | $3,123.64 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $11,985.88 | $0.00 | $11,985.88 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $10,629.09 | $0.00 | $10,629.09 |

**Chapter 13 Case No. 20-12350-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,600.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $2,381.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $219.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.