| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 20-12350-AMC

Steven B. Young
4724 Merion Avenue
Philadelphia  PA    19131-4607

Petition Filed Date: 05/20/2020
341 Hearing Date: 07/10/2020
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | $100.00 | 27640173407 | 09/19/2022 | $100.00 | 28206677114 | 10/18/2022 | $100.00 | 969684434 |
| 11/07/2022 | $100.00 | 28097860814 | 12/07/2022 | $100.00 | 971583693 | 01/09/2023 | $100.00 | 971584784 |
| 02/07/2023 | $100.00 | 971576695 | 03/07/2023 | $100.00 | 971552305 | 04/05/2023 | $100.00 | 971550865 |
| 05/09/2023 | $100.00 | 973950052 | 06/06/2023 | $100.00 | 28504644107 | 07/10/2023 | $100.00 | 973972945 |

**Total Receipts for the Period: $1,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,900.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $3,481.00 | $39.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $1,178.74 | $0.00 | $1,178.74 |
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $1,206.45 | $0.00 | $1,206.45 |
| 3 | AMERIFIRST HOME IMPROVEMENT FINANCE »» 003 | Unsecured Creditors | $7,448.98 | $0.00 | $7,448.98 |
| 4 | TD BANK NA »» 004 | Unsecured Creditors | $2,358.36 | $0.00 | $2,358.36 |
| 5 | QUANTUM3 GROUP LLC as agent for »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | GREENSKY LLC »» 006 | Unsecured Creditors | $20,287.14 | $0.00 | $20,287.14 |
| 7 | GREENSKY LLC »» 007 | Unsecured Creditors | $22,125.81 | $0.00 | $22,125.81 |
| 8 | FREEDOM MORTGAGE CORPORATION »» 008 | Mortgage Arrears | $202.76 | $0.00 | $202.76 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $3,123.64 | $0.00 | $3,123.64 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $11,985.88 | $0.00 | $11,985.88 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $10,629.09 | $0.00 | $10,629.09 |

**Chapter 13 Case No. 20-12350-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,900.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $3,481.00 | Arrearages: | ($100.00) |
| Paid to Trustee: | $328.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $91.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.