Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 20-12350-AMC**

Steven B. Young  
4724 Merion Avenue  
Philadelphia  PA    19131-4607

Petition Filed Date: 05/20/2020  
341 Hearing Date: 07/10/2020  
Confirmation Date: 11/18/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $100.00 | 28743537936 | 09/07/2023 | $100.00 | 974191206 | 10/11/2023 | $100.00 | 976025160 |
| 11/13/2023 | $100.00 | 28740165647 | 12/07/2023 | $100.00 | 29074202616 | 01/16/2024 | $100.00 | 976121728 |
| 02/08/2024 | $100.00 | 29074223924 | 03/06/2024 | $100.00 | 28743623032 | 04/10/2024 | $100.00 | 29268681480 |
| 05/09/2024 | $100.00 | 29199601675 | 06/10/2024 | $100.00 | 29076178397 | 07/08/2024 | $100.00 | 978507573 |

**Total Receipts for the Period:  $1,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $5,100.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $1,178.74 | $0.00 | $1,178.74 |
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $1,206.45 | $0.00 | $1,206.45 |
| 3 | AMERIFIRST HOME IMPROVEMENT FINANCE »» 003 | Unsecured Creditors | $7,448.98 | $86.20 | $7,362.78 |
| 4 | TD BANK NA »» 004 | Unsecured Creditors | $2,358.36 | $16.73 | $2,341.63 |
| 5 | QUANTUM3 GROUP LLC as agent for »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | GREENSKY LLC »» 006 | Unsecured Creditors | $20,287.14 | $234.94 | $20,052.20 |
| 7 | GREENSKY LLC »» 007 | Unsecured Creditors | $22,125.81 | $256.13 | $21,869.68 |
| 8 | FREEDOM MORTGAGE CORPORATION »» 008 | Mortgage Arrears | $202.76 | $202.76 | $0.00 |
| 9 | QUANTUM3 GROUP LLC as agent for »» 009 | Unsecured Creditors | $3,123.64 | $32.68 | $3,090.96 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $11,985.88 | $125.38 | $11,860.50 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $10,629.09 | $111.19 | $10,517.90 |

**Chapter 13 Case No. 20-12350-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,100.00 | Current Monthly Payment: | $100.00 |
| Paid to Claims: | $4,586.01 | Arrearages: | $0.00 |
| Paid to Trustee: | $447.00 | Total Plan Base: | $6,000.00 |
| Funds on Hand: | $66.99 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.