United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven B. Young  
    Debtor

Case No. 20-12350-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 19, 2024      Form ID: 138OBJ      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Steven B. Young, 4724 Merion Avenue, Philadelphia, PA 19131-4607 |
| 14504245 | | Amerifirst Home Improvement, 1620 Dodge St., Stop 8116, Omaha, NE 68197-8116 |
| 14535291 | + | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14508255 | + | Caesar's Rewards, 2100 Pacific, Atlantic City, NJ 08401-6612 |
| 14508354 | | DITECH FINANCIAL LLC, et.al., C/o Jerome Blank, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14508352 | | FREEDOM MORTGAGE CORPORATION, C/o Jerome Blank, Esq., Id., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14553549 | + | FREEDOM MORTGAGE CORPORATION, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14504248 | | Freedom Mortgage, 6800 Parkway Avenue, Fishers, IN 46037 |
| 14825214 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Esquire, Brock and Scott, PLLC, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14512113 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14511292 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 20 2024 00:29:00 | AmeriFirst Home Improvement Finance LLC, 1620 Dodge St., Stop 8116, Omaha, NE 68197-8116 |
| 14504244 | + | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 00:38:39 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14511286 | | Email/PDF: bncnotices@becket-lee.com | Nov 20 2024 00:40:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14504246 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2024 00:27:25 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14509677 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 20 2024 00:38:20 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14504247 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2024 00:29:00 | Comenity Bank/Caesar's, PO Box 182789, Columbus, OH 43218-2789 |
| 14519499 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 20 2024 00:29:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14522134 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 20 2024 00:38:20 | Portfolio Recovery Associates, LLC, POB 41067, |

Case 20-12350-amc    Doc 54    Filed 11/21/24    Entered 11/22/24 00:41:47    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14512829 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 00:29:00 | Quantum3 Group LLC as agent for, Aqua Finance, PO Box 788, Kirkland, WA 98083-0788 |
| 14521339 | | Email/Text: bnc-quantum@quantum3group.com | Nov 20 2024 00:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14504249 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:38:20 | Synchrony Bank/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 14504251 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 20 2024 00:40:15 | Synchrony Bank/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 14504252 | | Email/Text: bankruptcy@td.com | Nov 20 2024 00:29:00 | TD Bank, POB 84037, Columbus, GA 31908 |
| 14504253 | + | Email/Text: bankruptcy@bbandt.com | Nov 20 2024 00:29:00 | Truist/Grnsky/GSloan, 1797 N. East Expressway NE, Atlanta, GA 30329-7803 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14508254 | * | AmeriFirst Home Improvement, 1620 Dodge St., Stop 8116, Omaha, NE 68197-8116 |
| 14508253 | *+ | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14535292 | *+ | COMMONWEALTH OF PA UCTS, DEPARTMENT OF LABOR AND INDUSTRY, COLLECTIONS SUPPORT UNIT, 651 BOAS STREET, ROOM 925, HARRISBURG, PA 17121-0751 |
| 14508256 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14508257 | * | Comenity Bank/Caesar's, PO Box 182789, Columbus, OH 43218-2789 |
| 14508258 | * | Freedom Mortgage, 6800 Parkway Avenue, Fishers, IN 46037 |
| 14825215 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway Building 4, Fishers, In 46037-7939 |
| 14504250 | *+ | Synchrony Bank/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 14508259 | *+ | Synchrony Bank/Home Design, PO Box 965036, Orlando, FL 32896-5036 |
| 14508260 | *+ | Synchrony Bank/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 14508261 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, POB 84037, Columbus, GA 31908 |
| 14508262 | *+ | Truist/Grnsky/GSloan, 1797 N. East Expressway NE, Atlanta, GA 30329-7803 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 19, 2024 | Form ID: 138OBJ | Total Noticed: 26 |

wbecf@brockandscott.com

DENISE ELIZABETH CARLON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

JEROME B. BLANK
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

MARIO J. HANYON
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
    mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEPHEN R. STARKS
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION ryan.starks@brockandscott.com  wbecf@brockandscott.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Steven B. Young Perlick@verizon.net
    pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 8

*Form 138OBJ* (6/24)−doc 51 − 50

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	)
   Steven B. Young	)	Case No. 20−12350−amc
	)
	)
Debtor(s).	)	Chapter: 13
	)
	)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2024	For The Court

	Timothy B. McGrath
	Clerk of Court