**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven B. Young<br>**Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>**Movant**<br><br>vs.<br><br>Steven B. Young<br>**Debtor(s)**<br><br>Scott F. Waterman,<br>**Trustee** | BK NO. 20-12350 AMC<br><br>Chapter 13<br><br>Related to Claim No. 8 |

**CERTIFICATE OF SERVICE**
**NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 5, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Steven B. Young
4724 Merion Avenue
Philadelphia, PA 19131-4607

Attorney for Debtor(s)
Zachary Perlick,, Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: November 5, 2021

**/s/Rebecca A. Solarz Esquire**
Rebecca A. Solarz Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com